**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

_____ District of _____

Case number (If known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

FILED at 8 O'clock & 40 min. A M

APR 07 2025

United States Bankruptcy Court
Columbia, South Carolina

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy   06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | First name: JOSEPH<br>Middle name:<br>Last name: WALLACE<br>Suffix (Sr., Jr., II, III) | First name:<br>Middle name:<br>Last name:<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names and any assumed, trade names and *doing business as* names. Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name:<br>Middle name:<br>Last name:<br><br>First name:<br>Middle name:<br>Last name:<br><br>Business name (if applicable):<br>Business name (if applicable): | First name:<br>Middle name:<br>Last name:<br><br>First name:<br>Middle name:<br>Last name:<br><br>Business name (if applicable):<br>Business name (if applicable): |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 7 6 1 6<br>OR<br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

Official Form 101                   Voluntary Petition for Individuals Filing for Bankruptcy                   page 1

Debtor 1  JOSEPH  WALLACE
         First Name  Middle Name  Last Name

Case number (if known) _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| 4. Your Employer Identification Number (EIN), if any. | EIN — - — — — — — — —<br><br>EIN — - — — — — — — — | EIN — - — — — — — — —<br><br>EIN — - — — — — — — — |

5. **Where you live**

347 WOODSBERRY SHOALS DR
Number  Street

DUNCAN           SC    29334
City             State  ZIP Code

SPARTANBURG
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number  Street

P.O. Box

City  State  ZIP Code

**If Debtor 2 lives at a different address:**

Number  Street

City  State  ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number  Street

P.O. Box

City  State  ZIP Code

6. **Why you are choosing this district to file for bankruptcy**

Check one:

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

Check one:

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 2

Debtor 1  JOSEPH _____ WALLACE _____    Case number (if known) _____
          First Name  Middle Name  Last Name

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☒ Chapter 13

**8. How you will pay the fee**

☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☒ No
☐ Yes. District _____ When __/__/____ Case number _____
         District _____ When __/__/____ Case number _____
         District _____ When __/__/____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No
☐ Yes. Debtor _____ Relationship to you _____
         District _____ When __/__/____ Case number, if known _____

         Debtor _____ Relationship to you _____
         District _____ When __/__/____ Case number, if known _____

**11. Do you rent your residence?**

☒ No. Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you?
   ☐ No. Go to line 12.
   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 3

Debtor 1  JOSEPH WALLACE                                    Case number (if known) _____

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No. Go to Part 4.

☐ Yes. Name and location of business

Name of business, if any _____

Number    Street _____

_____

City _____  State ____  ZIP Code _____

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No. I am not filing under Chapter 11

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1  JOSEPH WALLACE    Case number (if known) _____

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

    *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

    ☒ No
    ☐ Yes.  What is the hazard? _____

    If immediate attention is needed, why is it needed? _____

    Where is the property? _____
    Number    Street
    _____
    City    State    ZIP Code

Debtor 1  JOSEPH _____ WALLACE _____     Case number (if known) _____
          First Name  Middle Name  Last Name

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

☒ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.
Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.
Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  JOSEPH _____ WALLACE _____  Case number (if known) _____
First Name  Middle Name  Last Name

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☒ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☒ No. I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☒ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001 $1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _/s/ J. Wall_____   X _____
Signature of Debtor 1            Signature of Debtor 2

Executed on  04 / 04 / 2025        Executed on ___/___/_____
MM / DD / YYYY                     MM / DD / YYYY

Debtor 1  JOSEPH   WALLACE   Case number (if known) _____
         First Name  Middle Name  Last Name

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X _____    Date _____
Signature of Attorney for Debtor                MM / DD / YYYY

Printed name _____

Firm name _____

Number  Street _____

_____

City _____  State _____  ZIP Code _____

Contact phone _____  Email address _____

Bar number _____  State _____

Debtor 1    JOSEPH       WALLACE                                    Case number (if known) _____
           First Name   Middle Name   Last Name

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☒ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☒ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?
☒ No
☐ Yes. Name of Person _____
Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X  /s/ Joseph Wallace                            X _____
Signature of Debtor 1                              Signature of Debtor 2

Date   04/04/2025                                  Date _____
       MM / DD / YYYY                                    MM / DD / YYYY

Contact phone  619-419-7843                        Contact phone _____

Cell phone     619-419-7843                        Cell phone _____

Email address  IMPERFEKSHUN@GMAIL.COM              Email address _____

Official Form 101        Voluntary Petition for Individuals Filing for Bankruptcy        page 9

|            |          |
|------------|----------|
| TransUnion | OK OK OK |
| Experian   | OK OK OK |
| Equifax    | OK OK OK |

## Inquiries

Back to Top

Below are the names of people and/or organizations who have obtained a copy of your Credit Report. Inquiries such as these can remain on your credit file for up to two years.

| Creditor Name | Type of Business | Date of inquiry | Credit Bureau |
|---|---|---|---|
| ADMIN RECOVERY LLC | Other Collection Agencies | 03/19/2025 | Experian |
| ADMINISTRATION SERVICE | Sales Financing | 02/26/2025 | Experian |
| DEPT OF ED | - | 11/07/2024 | Equifax |
| DEPT OF ED | - | 01/04/2024 | Equifax |
| MB FIN SVCS | Auto Financing | 10/26/2023 | TransUnion |
| HENDRICK MOT | Auto Dealers, Used | 10/26/2023 | TransUnion |
| MB FIN SVCS | Auto Financing | 10/25/2023 | TransUnion |
| MERCEDES BEN | Auto Dealers, Used | 10/25/2023 | TransUnion |
| 700CR/HENDRICK MOTORS | Auto Dealers, Used | 10/24/2023 | Experian |
| HENDRICK MOT | Auto Dealers, Used | 10/23/2023 | TransUnion |
| EXPERIAN BUSINESS CRED | Credit Bureau Inquiries | 09/21/2023 | Experian |
| EXPERIAN BUSINESS CRED | Credit Bureau Inquiries | 09/20/2023 | Experian |
| CRFTHILFCU | - | 08/11/2023 | Equifax |

## Public Information

Back to Top

Below is an overview of your public records and can include details of bankruptcy filings, court records, tax liens and other monetary judgments. Public records typically remain on your Credit Report for 7 - 10 years.

**None Reported**

## Creditor Contacts

Back to Top

Information about how to contact people and/or organizations that appear on this credit report is listed below.

| Creditor Name | Address | Phone Number |
|---|---|---|
| MB FIN SVCS | 36455 CORPORATE DR<br>FARMINGTON HIL, MI 48331 | (248) 991-6700 |
| 700CR/HENDRICK MOTORS | 5141 E INDEPENDENC<br>CHARLOTTE, NC 28212 | (704) 535-6400 |
| 700CR/MERCEDES BENZ | 10725 NORTHLAKE AU PLAZA BLVD<br>CHARLOTTE, NC 28269 | (704) 379-4800 |
| THE BUREAUS | 711 N EDGEWOOD AVE. SUITE 200<br>WOOD DALE, IL 60191 | (800) 708-7071 |
| SUNRISE CREDIT SERVICES | 260 AIRPORT PLAZA<br>FARMINGDALE, NY 11735 | (833) 665-1960 |
| SECURITY CREDIT SERVICES | 306 ENTERPRISE DRIVE<br>OXFORD, MS 38655 | (866) 699-7889 |
| SYNCB/ROOMS TO GO | PO BOX 71757<br>PHILADELPHIA, PA 19176 | (866) 396-8254 |
| SYNCB/CARE CREDIT | PO BOX 71757<br>PHILADELPHIA, PA 19176 | (866) 396-8254 |
| DISCOVER BANK | PO BOX 30939<br>SALT LAKE CITY, UT 84130 | (800) 347-2683 |
| WELLS FARGO CARD SERV | PO BOX 393<br>MINNEAPOLIS, MN 55480 | (855) 854-3502 |
| SLOAN/NELNET SERVICES | PO BOX 82561<br>LINCOLN, NE 68501 | (833) 597-5626 |
| WFBNA HOME LENDING | PO BOX 10335<br>DES MOINES, IA 50306 | (800) 416-1472 |
| DISCOVER PERSONAL LOANS | PO BOX 30954<br>SALT LAKE CITY, UT 84130 | - |
| TD BANK N.A. | TD BANK USBC PO BOX 1448<br>GREENVILLE, SC 29607 | (888) 561-8861 |
| PNC BANK CARD SERVICES | PNC CB INVESTIGATIONS PO BOX 5580<br>CLEVELAND, OH 44101 | - |
| CITICARDS CBNA | PO BOX 6217<br>SIOUX FALLS, SD 57117 | - |
| TD BANK USA/TARGET CREDI | PO BOX 673<br>MINNEAPOLIS, MN 55440 | - |
| PENTAGON FCU | 1001 N FAIRFAX ST<br>ALEXANDRIA, VA 22314 | - |
| INTERCAP LENDING INC | 3707 EUBANK BLVD NE<br>ALBUQUERQUE, NM 87111 | (505) 298-7456 |
| CREDIT FIRST | POB 81315<br>CLEVELAND, OH 44181 | (216) 362-5000 |
| HEADWAY CAPITAL, LLC | 175 W. JACKSON SUITE 1000<br>CHICAGO, IL 60604 | (312) 568-4200 |
| OGT C/O CONCORD | 4150 N. DRINKWATER BLVD SUITE 200<br>SCOTTSDALE, AZ 85251 | (480) 998-7585 |

| | | |
|---|---|---|
| GS BANK USA-GENERALMOTOR | GOLDMAN SACHS BANK USA PO BOX 70321 PHILADELPHIA, PA 19176 | (833) 773-0988 |
| APPLE CARD - GS BANK USA | LOCKBOX 6112 P.O. BOX 7247 PHILADELPHIA, PA 19170 | (877) 255-5923 |
| RISE | 4150 INTERNATIONAL PLAZA SUITE 300 FORT WORTH, TX 76109 | (866) 580-1226 |
| DEPT OF ED / NELNET | PO BOX 82561 LINCOLN, NE 68501 | (888) 486-4722 |
| OPENSKY CAPITAL BANK NA | PO BOX 8130 RESTON, VA 20195 | (800) 859-6412 |
| GATEWAY ONE LENDING | 3818 E CORONADO ANAHEIM, CA 92807 | - |
| LENDING CLUB CORPORATION | 595 MARKET ST SUITE 200 SAN FRANCISCO, CA 94105 | (888) 596-3157 |
| AMEX/CITIBANK, N.A. | PO BOX 6789 SIOUX FALLS, SD 57117 | - |
| TRUIST BANK | PO BOX 849 WILSON, NC 27894 | (844) 487-8478 |
| BEST BUY/CBNA | PO BOX 6497 SIOUX FALLS, SD 57117 | (888) 574-1301 |
| ELAN FINANCIAL SVCS | CB DISPUTES PO BOX 108 SAINT LOUIS, MO 63166 | (866) 234-4750 |
| JPMCB CARD SERVICES | PO BOX 15369 WILMINGTON, DE 19850 | (800) 945-2000 |
| ALLY FINANCIAL | P.O. BOX 380901 BLOOMINGTON, MN 55438 | (888) 925-2559 |
| SYNCB/WALMART DUAL CARD | PO BOX 71746 PHILADELPHIA, PA 19176 | (855) 893-5848 |
| AMERICAN EXPRESS | P.O. BOX 981537 EL PASO, TX 79998 | (800) 874-2717 |
| WELLS FARGO CARD SERV | PO BOX 393 MINNEAPOLIS, MN 55480 | (855) 854-3502 |
| BARCLAYS BANK DELAWARE | P.O. BOX 8803 WILMINGTON, DE 19899 | (888) 232-0780 |
| NATIONSTAR MORTGAGE LLC | 350 HIGHLAND HOUSTON, TX 77067 | (888) 480-2432 |
| ZALES CREDIT CARD | PO BOX 182120 COLUMBUS, OH 43218 | - |
| CAPITAL ONE | PO BOX 31293 SALT LAKE CITY, UT 84131 | (800) 955-7070 |
| BANK OF AMERICA | PO BOX 982238 EL PASO, TX 79998 | (800) 421-2110 |
| MERCEDES-BENZ FINANCIAL | P.O. BOX 961 ROANOKE, TX 76262 | - |

| Creditor | Address | Phone |
|---|---|---|
| SOUTH CAROLINA STUDENT L | POB 102405<br>COLUMBIA, SC 29223 | (803) 798-0916 |
| WFBNA HL | PO BOX 10335<br>DES MOINES, IA 50306 | (800) 416-1472 |
| WFBNA CARD | PO BOX 393<br>MINNEAPOLIS, MN 55480 | (855) 854-3502 |
| WFBNA CARD | PO BOX 393<br>MINNEAPOLIS, MN 55480 | (855) 854-3502 |
| TRUIST BANK | PO BOX 1847<br>WILSON, NC 27894 | BYMAILONLY |
| THE BUREAUS INC | 650 DUNDEE RD STE 370<br>NORTHBROOK, IL 60062 | (800) 708-7071 |
| TD BANK USA/TARGETCRED | PO BOX 673<br>MINNEAPOLIS, MN 55440 | (888) 755-5856 |
| TD BANK NA | PO BOX 1448<br>GREENVILLE, SC 29602 | - |
| SYNCB/WALMART DC | PO BOX 965024<br>ORLANDO, FL 32896 | (855) 893-5848 |
| SYNCB/ROOMS TO GO | PO BOX 71727<br>PHILADELPHIA, PA 19176 | (866) 396-8254 |
| SYNCB/CARE CREDIT | PO BOX 71757<br>PHILADELPHIA, PA 19176 | - |
| SUNRISE CREDIT SERVICE | 8 CORPORATE CENTER DR ST<br>MELVILLE, NY 11747 | (800) 645-9824 |
| SLOAN/NELN | PO BOX 87290<br>LINCOLN, NE 68501 | (833) 597-5626 |
| SECURITY CREDIT SERVIC | 2653 W OXFORD LOOP<br>OXFORD, MS 38655 | - |
| PNC BANK, N.A. | 1 FINANCIAL PKWY<br>KALAMAZOO, MI 49009 | BYMAILONLY |
| PENTAGON FEDERAL CR UN | 2930 EISENHOWER AVE<br>ALEXANDRIA, VA 22314 | (703) 838-1000 |
| OPENSKY CBNK | 1900 CAMPUS COMMONS DR S<br>RESTON, VA 20191 | (800) 859-6412 |
| OGTC/CONCORD | 4150 N DRINKWATER BLVD<br>SCOTTSDALE, AZ 85251 | (480) 998-7585 |
| NAVITAS CREDIT CORP. | 201 EXECUTIVE CTR DR STE<br>COLUMBIA, SC 29210 | (800) 516-0761 |
| NATIONSTAR/MR COOPER | 8950 CYPRESS WATERS BLVD<br>COPPELL, TX 75019 | (888) 480-2432 |
| MERCEDES BENZ FINANCIA | 36455 CORPORATE DR<br>FARMINGTON HILLS, MI 48331 | BYMAILONLY |
| LVTOWER52/HGV | 6355 METROWEST BLVD<br>ORLANDO, FL 32835 | (407) 722-3100 |

| | | |
|---|---|---|
| LENDING CLUB CORP | 595 MARKET ST STE 200<br>SAN FRANCISCO, CA 94105 | (888) 596-3157 |
| JPMCB CARD | PO BOX 15369<br>WILMINGTON, DE 19850 | (800) 945-2000 |
| INTERCAP LENDING INC | 5600 WYOMING BLVD NE<br>ALBUQUERQUE, NM 87109 | (505) 298-7456 |
| GREENVILLE HERITAGE FC | 520 W WASHINGTON ST<br>GREENVILLE, SC 29601 | (864) 467-4160 |
| GOLDMAN SACHS AND CO | PO BOX 70321<br>PHILADELPHIA, PA 19176 | (833) 773-0988 |
| GATEWAY ONE LENDING & | 160 N RIVERVIEW DR STE 1<br>ANAHEIM, CA 92808 | - |
| FAMILY SUPPORT DIVISIO | 330 W BROADWAY STE 700<br>SAN DIEGO, CA 92101 | (866) 901-3212 |
| EXPERIAN BUSINESS CRED | PO BOX 5001<br>COSTA MESA, CA 92628 | - |
| ELAN FINANCIAL SERVICE | PO BOX 108<br>SAINT LOUIS, MO 63166 | (800) 755-4080 |
| DISCOVER BANK | PO BOX 30939<br>SALT LAKE CITY, UT 84130 | (800) 347-2683 |
| DISCOVER BANK | 502 E MARKET ST<br>GREENWOOD, DE 19950 | (302) 349-4512 |
| DEPT OF EDUCATION/NELN | 121 S 13TH ST<br>LINCOLN, NE 68508 | (888) 486-4722 |
| CREDIT FIRST N A | 6275 EASTLAND RD<br>BROOKPARK, OH 44142 | (216) 362-5000 |
| CITICARDS CBNA | PO BOX 6241<br>SIOUX FALLS, SD 57117 | (800) 950-5114 |
| CCB/ZALESCC | PO BOX 182120<br>COLUMBUS, OH 43218 | - |
| CBNA | 50 NORTHWEST POINT ROAD<br>ELK GROVE VILLAGE, IL 60007 | - |
| CAPITAL ONE | PO BOX 31293<br>SALT LAKE CITY, UT 84131 | (800) 955-7070 |
| BARCLAYS BANK DELAWARE | PO BOX 8803<br>WILMINGTON, DE 19899 | (888) 232-0780 |
| BANK OF AMERICA | PO BOX 982238<br>EL PASO, TX 79998 | (800) 421-2110 |
| APPLE CARD/GS BANK USA | LOCKBOX 6112 PO BOX 7247<br>PHILADELPHIA, PA 19170 | (877) 255-5923 |
| AMEX/CBNA | 9111 DUKE BLVD<br>MASON, OH 45040 | (800) 243-6552 |
| AMEX | PO BOX 297871<br>FORT LAUDERDALE, FL 33329 | (800) 874-2717 |

| ALLY FINANCIAL | 200 RENAISSANCE CTR # B0<br>DETROIT, MI 48243 | (800) 200-4622 |
| --- | --- | --- |
| AFFIRM INC | 650 CALIFORNIA ST FL 12<br>SAN FRANCISCO, CA 94108 | (855) 423-3729 |
| ADMINISTRATION SERVICE | 2005 MARKET ST FL 14<br>PHILADELPHIA, PA 19103 | (800) 819-5556 |
| ADMIN RECOVERY LLC | 6225 SHERIDAN DR STE 118<br>WILLIAMSVILLE, NY 14221 | (866) 703-7961 |
| 700CR/HENDRICK MOTORS | 5141 E INDEPENDENCE BLVD<br>CHARLOTTE, NC 28212 | (704) 535-6400 |

Print this page    Download this report

Terms of Use   Privacy Policy   Contact us

© 2025 IDIQ® provider of IdentityIQ® services | All Rights Reserved




**CREDITOR MATRIX FOR** JOSEPH WALLACE
Name of Debtor(s)

| List Name & Address of All Creditors ||
|---|---|
| KRUT PATEL<br>LAW FIRM: WENDELL L. HAWKINS | 9 BUENA VISTA WAY SUITE B<br>GREENVILLE, SC 29615 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Signature of Debtor(s)_____