**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 25–01310–hb    Chapter: 13

**In re:**

Joseph Wallace

**NOTICE OF FILING(S) DUE**

| **Filed By The Court** |
| --- |
| **04/08/25** |
| **Lauren T Maxwell** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

In the above referenced case, a petition was filed on **04/08/25.**

Please take notice that pursuant to Fed. R. Bankr. P., and the SC LBR, the following documents(s) must be filed within the time periods set forth therein, or the case may be dismissed.

**Missing Documents:**
**Schedules Declaration due 04/22/2025**
**Schedule A/B due 04/22/2025**
**Schedule C due 04/22/2025**
**Schedule D due 04/22/2025**
**Schedule E/F due 04/22/2025**
**Schedule G due 04/22/2025**
**Summary of Schedules due 04/22/2025**
**Schedule H due 04/22/2025**
**Chapter 13 Plan due 04/22/2025**
**Schedule I due 04/22/2025**
**Schedule J due 04/22/2025**
**Stmt of Financial Affairs due 04/22/2025**
**Ch 13 Stmt of Income/Calculati due 04/22/2025**
**Copies of Payment Advices due 04/22/2025**
**Stmt of Increase Income/Exp. due 04/22/2025**

Lauren T Maxwell
Clerk of Court
United States Bankruptcy Court

By:  Marissa B Fleming, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201–2423
(803) 765–5436

See page 2 – Explanation of Notices of Filings Due

**EXPLANATION OF NOTICES OF FILINGS DUE**

Please take notice that pursuant to 11 U.S.C. § 521(b), the following document must be filed within the time periods set forth therein or the case may be dismissed.

- **Certificate of Credit Counseling:** A pre–bankruptcy counseling session with an approved credit counseling organization should be completed. Once completed, a certificate must be obtained. A list of approved nonprofit budget and credit counseling agencies may be found on the Court's web page at www.scb.uscourts.gov, "Filing Without an Attorney."

Please take notice that pursuant to 11 U.S.C. § 521, Fed. R. Bankr. P. 1007 and 1019, and the local rules of this Court, the following documents must be filed within the time periods set forth therein or the case may be dismissed.

- **Schedules A–J:** Schedules A–J are Official Forms that may be found on the Court's web page at www.scb.uscourts.gov, "Forms."

- **Stmt of Financial Affairs:** A statement of the debtor's financial affairs is an Official Form that may be found on the Court's web page at www.scb.uscourts.gov, "Forms."

- **Stmt of Income/Means Test (Chapter 7), Stmt of Current Income (Chapter 11), Stmt of Income/Calculation (Chapter 13):** A statement of the amount of monthly net income, itemized to show how the amount is calculated, may be satisfied by Official Forms B22A – B22C (depending on the chapter) that may be found on the Court's web page at www.scb.uscourts.gov, "Forms."

- **Copies of Payment Advices:** Copies of paystubs or other evidence of payment received from any employer of the debtor within sixty (60) days before the filing of the petition.

- **342(b) Consumer Debtor Notice:** A certificate indicating that debtor's attorney or bankruptcy petition preparer delivered to debtor the notice required by 11 U.S.C. § 342(b), or if no attorney or bankruptcy petition preparer is indicated on the petition, a certification by the debtor that such notice was received and read by the debtor. The notice required by 11 U.S.C. § 342(b) is a notice to an individual whose debts are primarily consumer debts and can be certified using Form B 201, Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code, that is posted for public viewing in the Clerk's Office and may be found on the Court's web page at www.scb.uscourts.gov, "Forms."

- **Stmt of Increase Income/Exp.:** A statement disclosing any reasonably anticipated increase in income or expenditures for twelve (12) months following the filing of the petition. A statement may be sufficient or this requirement may be satisfied by completion of both Question 13 on Schedule I and Question 24 on Schedule J (if none, so indicate in the statement or on Schedules I and J).

- **Statement of Intent:** A Chapter 7 Individual Debtor's Statement of Intention is an Official Form that may be found on the Court's web page at www.scb.uscourts.gov, "Forms."

Please take notice that pursuant to Fed. R. Bankr. P. 3015(b), the following document must be filed within the time periods set forth therein or the case may be dismissed without further notice or hearing pursuant to SC LBR 1017–2.

- **Chapter 13 Plan:** The Notice, Chapter 13 Plan and Related Motions is a form that must be filed in each Chapter 13 case filed in this district. This form may be found on the Court's web page at www.scb.uscourts.gov, "Forms."

United States Bankruptcy Court

District of South Carolina

In re:                                              Case No. 25-01310-hb

Joseph Wallace                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0420-6                                          User: admin                                          Page 1 of 1

Date Rcvd: Apr 08, 2025                             Form ID: 184BNC                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: imperfekshun@gmail.com | Apr 08 2025 21:44:00 | Joseph Wallace, 347 Woodberry Shoals Dr, Duncan, SC 29334-8820 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 10, 2025                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gretchen D. Holland | ecf@upstate13.com  gdh@upstate13.com;pacer@upstate13.com;gretchenh@upstate13.com |
| US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |

TOTAL: 2