UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In re:                                                                                    Bankr. Case No. 25-01310

Joseph Wallace                                                                    Chapter 13

    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Mercedes-Benz Vehicle Trust hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Mercedes-Benz Vehicle Trust
        c/o BK Servicing, LLC
        PO Box 131265
        Roseville, MN  55113-0011

        BK Servicing, LLC

        By /s/ Stephanie Jones

        Stephanie Jones, Agent
        BK Servicing, LLC
        PO Box 131265
        Roseville, MN  55113-0011
        651-366-6390
        notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on April 14, 2025 :

Joseph Wallace
347 Woodberry Shoals Dr
Duncan, SC 29334

Gretchen D. Holland
Office Of The Chapter 13 Trustee
3449 Pelham Road
Ste C
Greenville, SC  29615

By /s/ Stephanie Jones, Agent
    Stephanie Jones

524680