Filed By The Court
4/28/2025 4:57PM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

Fill in this information to identify your case.

Debtor 1    JOSEPH                                WALLACE
            First Name      Middle Name           Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name      Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number   25-01310-hb
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person_____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  *[signature]*                                    X _____
Signature of Debtor 1                                 Signature of Debtor 2

Date  04/25/2025                                    Date _____
     MM / DD / YYYY                                      MM / DD / YYYY

Official Form 106Dec        Declaration About an Individual Debtor's Schedules

Fill in this information to identify your case and this filing:

Debtor 1: JOSEPH (First Name) WALLACE (Last Name)

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: _____ District of _____

Case number: 25-01310-hb

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

1.1 Street address: 347 WOODSBERRY SHOALS DR

City: DUNCAN    State: SC    ZIP Code: 29334

County: SPARTANBURG

What is the property? Check all that apply
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other ____

Who has an interest in the property? Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property

Current value of the entire property? $400,000
Current value of the portion you own? $____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: ____

If you own or have more than one, list here:

1.2 Street address: ____
City: ____  State: ____  ZIP Code: ____
County: ____

What is the property? Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other ____

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property? $____
Current value of the portion you own? $____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: ____

Official Form 106A/B    Schedule A/B: Property    page 1

Debtor 1  Joseph    Wallace            Case number (if known) 25-01310-hb
         First Name  Middle Name  Last Name

1.3  _____
     Street address, if available, or other description

     _____

     _____
     City            State    ZIP Code

     _____
     County

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  $_____

Current value of the portion you own?  $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. →  $ 400,000

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
   - ☐ No
   - ☒ Yes

3.1  Make: MERCEDES
     Model: EQS 450
     Year: 2023
     Approximate mileage: 11,000
     Other information:

**Who has an interest in the property?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  $ 50,000

Current value of the portion you own?  $_____

If you own or have more than one, describe here:

3.2  Make: MERCEDES
     Model: GLE 450
     Year: 2023
     Approximate mileage: 28,000
     Other information:

**Who has an interest in the property?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  $ 50,000

Current value of the portion you own?  $_____

Official Form 106A/B            Schedule A/B: Property            page 2

Debtor 1  Joseph           Wallace
          First Name  Middle Name  Last Name

Case number (if known) 25-01310-hb

3.3 Make: Mercedes
    Model: CLA
    Year: 2020
    Approximate mileage: 119,000
    Other information:

Who has an interest in the property? Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  Current value of the portion you own?

$ 20,000        $ _____

3.4 Make: _____
    Model: _____
    Year: _____
    Approximate mileage: _____
    Other information:

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?  Current value of the portion you own?

$ _____     $ _____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

4.1 Make: _____
    Model: _____
    Year: _____
    Other information:

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?  Current value of the portion you own?

$ _____     $ _____

If you own or have more than one, list here:

4.2 Make: _____
    Model: _____
    Year: _____
    Other information:

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?  Current value of the portion you own?

$ _____     $ _____

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ............ → $ 120,000

Official Form 106A/B                Schedule A/B: Property                page 3

Debtor 1  Joseph _____ Wallace
          First Name   Middle Name   Last Name

Case number (if known) 25-01310-hb

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes. Describe......... Dining Room, Living Room, Bedroom (3)     $ 5,500

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☒ Yes. Describe......... TV's, Computers, Printers, Cell Phones     $ 2,000

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☒ No
☐ Yes. Describe.........     $ _____

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
☒ Yes. Describe......... Treadmill, Bike     $ 500

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☒ No
☐ Yes. Describe.........     $ _____

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☒ Yes. Describe......... Everyday Clothes     $ 2,000

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☒ Yes. Describe ......... Wedding Ring, Watches     $ 3,000

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☒ No
☐ Yes. Describe.........     $ _____

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☒ No
☐ Yes. Give specific information.     $ _____

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** →     $ 10,300

Official Form 106A/B                Schedule A/B: Property                page 4

Debtor 1 __Joseph__ __Wallace__  Case number (if known) __25-01310__
First Name / Middle Name / Last Name

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☒ Yes ............................................................................................... Cash: $ 500

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes ...................

Institution name:

| | | |
|---|---|---|
| 17.1 Checking account: | TRUIST | $ 500 |
| 17.2 Checking account: | | $ |
| 17.3 Savings account: | TRUIST | $ 0 |
| 17.4 Savings account: | WELLS FARGO | $ 0 |
| 17.5 Certificates of deposit: | | $ |
| 17.6 Other financial account: | | $ |
| 17.7 Other financial account: | | $ |
| 17.8 Other financial account: | | $ |
| 17.9 Other financial account: | | $ |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes    Institution or issuer name:

$ ___
$ ___
$ ___

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No
☐ Yes. Give specific information about them .......

| Name of entity: | % of ownership: | |
|---|---|---|
| | 0% | $ |
| | 0% | $ |
| | 0% | $ |

Official Form 106A/B    Schedule A/B: Property    page 5

### 20. Government and corporate bonds and other negotiable and non-negotiable instruments

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific information about them.

Issuer name:
_____ $_____
_____ $_____
_____ $_____

### 21. Retirement or pension accounts

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No
☐ Yes. List each account separately

Type of account:         Institution name:

401(k) or similar plan:  _____ $_____
Pension plan:            _____ $_____
IRA:                     _____ $_____
Retirement account:      _____ $_____
Keogh:                   _____ $_____
Additional account:      _____ $_____
Additional account:      _____ $_____

### 22. Security deposits and prepayments

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☒ No
☐ Yes

Institution name or individual:

Electric:                       _____ $_____
Gas:                            _____ $_____
Heating oil:                    _____ $_____
Security deposit on rental unit:_____ $_____
Prepaid rent:                   _____ $_____
Telephone:                      _____ $_____
Water:                          _____ $_____
Rented furniture:               _____ $_____
Other:                          _____ $_____

### 23. Annuities (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes

Issuer name and description:
_____ $_____
_____ $_____
_____ $_____

Debtor 1  JOSEPH  Wallace
         First Name  Middle Name  Last Name

Case number (if known) _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No
☐ Yes

Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

$_____
$_____
$_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No
☐ Yes. Give specific information about them

$_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No
☐ Yes. Give specific information about them

$_____

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No
☐ Yes. Give specific information about them

$_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years..........

Federal:  $_____
State:    $_____
Local:    $_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes. Give specific information

Alimony:              $_____
Maintenance:          $_____
Support:              $_____
Divorce settlement:   $_____
Property settlement:  $_____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No
☐ Yes. Give specific information

$_____

Official Form 106A/B                Schedule A/B: Property                page 7

Debtor 1  Joseph _____ Wallace
         First Name  Middle Name  Last Name

Case number (if known) _____

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☐ No
    ☒ Yes. Name the insurance company of each policy and list its value

    Company name: VA (VETERANS BURIAL)
    Beneficiary: REBECCA WALLACE
    Surrender or refund value: $25,000

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☒ No
    ☐ Yes. Give specific information
    $_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☒ No
    ☐ Yes. Describe each claim.
    $_____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☒ No
    ☐ Yes. Describe each claim
    $_____

35. **Any financial assets you did not already list**

    ☐ No
    ☐ Yes. Give specific information
    $_____

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here → **$25,500**

---

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?

    ☒ No. Go to Part 6.
    ☐ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions

38. **Accounts receivable or commissions you already earned**

    ☐ No
    ☐ Yes. Describe
    $_____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☐ No
    ☐ Yes. Describe
    $_____

Official Form 106A/B           Schedule A/B: Property           page 8

Debtor 1  Joseph _____ Watkins    Case number (if known) 25-01310-hb
         First Name  Middle Name  Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    - ☐ No
    - ☐ Yes. Describe                                                                                           $_____

41. **Inventory**
    - ☐ No
    - ☐ Yes. Describe                                                                                           $_____

42. **Interests in partnerships or joint ventures**
    - ☐ No
    - ☐ Yes. Describe     Name of entity:                                          % of ownership:
                          _____     _____%   $_____
                          _____     _____%   $_____
                          _____     _____%   $_____

43. **Customer lists, mailing lists, or other compilations**
    - ☐ No
    - ☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
        - ☐ No
        - ☐ Yes. Describe                                                                                       $_____

44. **Any business-related property you did not already list**
    - ☐ No
    - ☐ Yes. Give specific information    _____  $_____
                                          _____  $_____
                                          _____  $_____
                                          _____  $_____
                                          _____  $_____
                                          _____  $_____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ............    →    $_____

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
    - ☑ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

47. **Farm animals**
    Examples: Livestock, poultry, farm-raised fish
    - ☑ No
    - ☐ Yes                                                                                                     $_____

Official Form 106A/B    Schedule A/B: Property    page 9

48. **Crops—either growing or harvested**
    - ☒ No
    - ☐ Yes Give specific information                                                         $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    - ☒ No
    - ☐ Yes                                                                                   $_____

50. **Farm and fishing supplies, chemicals, and feed**
    - ☒ No
    - ☐ Yes                                                                                   $_____

51. **Any farm- and commercial fishing-related property you did not already list**
    - ☒ No
    - ☐ Yes Give specific information                                                         $_____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ➔ $_____

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ☒ No
    - ☐ Yes. Give specific information                                                        $_____
                                                                                              $_____
                                                                                              $_____

54. Add the dollar value of all of your entries from Part 7. Write that number here ➔ $_____

## Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ............................................................ ➔ $ 400,000

56. Part 2: Total vehicles, line 5                          $ 120,000

57. Part 3: Total personal and household items, line 15     $ 10,300

58. Part 4: Total financial assets, line 36                 $ 25,500

59. Part 5: Total business-related property, line 45        $ 0

60. Part 6: Total farm- and fishing-related property, line 52  $ 0

61. Part 7: Total other property not listed, line 54      +$ 0

62. Total personal property. Add lines 56 through 61.       $ 555,800   Copy personal property total ➔  +$ 555,800

63. Total of all property on Schedule A/B. Add line 55 + line 62.                              $ 555,800

Official Form 106A/B                     Schedule A/B: Property                                       page 10

**Fill in this information to identify your case**

Debtor 1: JOSEPH _____ WALLACE
          First Name   Middle Name   Last Name

Debtor 2: _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number: 25-01310-hb
(If known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt          04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*
   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2023 MERCEDES EQS<br>Line from Schedule A/B: 3.1 | $ 50,000 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: 2023 MERCEDES GLE<br>Line from Schedule A/B: 3.2 | $ 50,000 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: 2020 MERCEDES CLA<br>Line from Schedule A/B: ___ | $ 20,000 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | _____ |

3. Are you claiming a homestead exemption of more than $214,000?
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☐ No
   ☒ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☒ Yes

Official Form 106C                Schedule C: The Property You Claim as Exempt                page 1 of __

Debtor 1  __JOSEPH__ _____ __WALLACE__    Case number (if known) __25-01310-hb__
First Name    Middle Name    Last Name

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from Schedule A/B | Amount of the exemption you claim  Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: __HOME__  Line from Schedule A/B: __1.1__ | $ __400,000__ | ☐ $ _____  ☒ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: __HOUSEHOLD FURNITURE__  Line from Schedule A/B: __PT 3(6)__ | $ __5,500__ | ☐ $ _____  ☒ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: __HOME ELECTRONICS__  Line from Schedule A/B: __PT 3(7)__ | $ __2,000__ | ☐ $ _____  ☒ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: __TREDMILL/BIKE__  Line from Schedule A/B: __PT 3(9)__ | $ __500__ | ☐ $ _____  ☒ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: __EVERYDAY CLOTHES__  Line from Schedule A/B: __PT 3(11)__ | $ __2,000__ | ☐ $ _____  ☒ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: __WEDDING RING, WATCHES__  Line from Schedule A/B: __PT 3(12)__ | $ __3,000__ | ☐ $ _____  ☒ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____  Line from Schedule A/B: _____ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____  Line from Schedule A/B: _____ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____  Line from Schedule A/B: _____ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____  Line from Schedule A/B: _____ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____  Line from Schedule A/B: _____ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____  Line from Schedule A/B: _____ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | _____ |

Official Form 106C    Schedule C: The Property You Claim as Exempt    page ___ of ___

**Fill in this information to identify your case**

Debtor 1: JOSEPH _____ WALLACE
(First Name) (Middle Name) (Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: _____ District of _____ (State)

Case number (if known): 25-01310-hb

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1** KRUT PATEL
Creditor's Name

ATTN: WENDELL HAWKINS LAW FIRM
9 BUENA VISTA WAY, SUITE B
Number   Street

GREENVILLE   SC   29615
City   State   ZIP Code

Describe the property that secures the claim:
HOME: 347 WOODSBERRY SHORES DR
DUNCAN, SC 29334

$ 220,000    $ 400,000    $ _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

**Who owes the debt?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien** Check all that apply
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**2.2**
Creditor's Name

_____
Number   Street

_____
_____
City   State   ZIP Code

Describe the property that secures the claim:       $ _____    $ _____    $ _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien** Check all that apply
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 220,000

Official Form 106D   Schedule D: Creditors Who Have Claims Secured by Property   page 1 of

Debtor 1 _____  Case number (if known)_____
         First Name    Middle Name    Last Name

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**Part 1:** **Additional Page**
After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

☐
_____  Describe the property that secures the claim:  $_____  $_____  $_____
Creditor's Name

_____
Number    Street

_____
                                    **As of the date you file, the claim is:** Check all that apply
_____  ☐ Contingent
City              State   ZIP Code  ☐ Unliquidated
                                    ☐ Disputed

**Who owes the debt?** Check one     **Nature of lien** Check all that apply
☐ Debtor 1 only                      ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only                      ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Debtor 1 and Debtor 2 only         ☐ Judgment lien from a lawsuit
☐ At least one of the debtors and another   ☐ Other (including a right to offset) _____

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____   Last 4 digits of account number ___ ___ ___ ___

☐
_____  Describe the property that secures the claim:  $_____  $_____  $_____
Creditor's Name

_____
Number    Street

_____
                                    **As of the date you file, the claim is:** Check all that apply
_____  ☐ Contingent
City              State   ZIP Code  ☐ Unliquidated
                                    ☐ Disputed

**Who owes the debt?** Check one     **Nature of lien** Check all that apply
☐ Debtor 1 only                      ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only                      ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Debtor 1 and Debtor 2 only         ☐ Judgment lien from a lawsuit
☐ At least one of the debtors and another   ☐ Other (including a right to offset) _____

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____   Last 4 digits of account number ___ ___ ___ ___

☐
_____  Describe the property that secures the claim:  $_____  $_____  $_____
Creditor's Name

_____
Number    Street

_____
                                    **As of the date you file, the claim is:** Check all that apply
_____  ☐ Contingent
City              State   ZIP Code  ☐ Unliquidated
                                    ☐ Disputed

**Who owes the debt?** Check one     **Nature of lien** Check all that apply
☐ Debtor 1 only                      ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only                      ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Debtor 1 and Debtor 2 only         ☐ Judgment lien from a lawsuit
☐ At least one of the debtors and another   ☐ Other (including a right to offset) _____

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____   Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:  $_____

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:                                                                $_____

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page ___ of ___

Debtor 1 _____   Case number (if known)_____
First Name   Middle Name   Last Name

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ _____
Name

_____
Number   Street

_____

_____
City               State         ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

☐ _____
Name

_____
Number   Street

_____

_____
City               State         ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

☐ _____
Name

_____
Number   Street

_____

_____
City               State         ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

☐ _____
Name

_____
Number   Street

_____

_____
City               State         ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

☐ _____
Name

_____
Number   Street

_____

_____
City               State         ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

Official Form 106D   Part 2 of Schedule D: Creditors Who Have Claims Secured by Property   page ___ of ___