**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: **25-01310-hb**

**RULE TO SHOW CAUSE**

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby ORDERED.

---

**FILED BY THE COURT**
**04/29/2025**



Chief US Bankruptcy Judge
District of South Carolina

Entered: 04/29/2025

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

IN RE:

Joseph Wallace

Debtor(s).

C/A No. 25-01310-hb

Chapter 13

**RULE TO SHOW CAUSE**

To:   Joseph Wallace

**Your rights may be affected.  You should read this paper carefully and discuss it with your attorney, if you have one.  (If you do not have an attorney, you may wish to consult one.)**

TAKE NOTICE that your case may be dismissed pursuant to 11. U.S.C. § 1307 due to failure to:

**file Summary of Assets and Liabilities;**
**file Schedule A/B;**
**file Schedule C;**
**file Schedule D;**
**file Schedule E/F;**
**file Schedule G;**
**file Schedule H;**
**file Schedule I;**
**file Schedule J;**
**file Declaration About an Individual Debtors Schedules;**
**file Statement of Financial Affairs;**
**file Payment Advices;**
**file Statement Disclosing Anticipated Increase in Income/Expenditures;**
**file Ch. 13 Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income;**
**file Chapter 13 Plan.**

If you do not want the Court to dismiss your case, or if you want the Court to consider your views about the matter, you or your attorney must file with the Court a written response, return or objection within twenty-one (21) days of the notice of this Rule to Show Cause and appear before the Court on:

Date:        June 25, 2025
Time:        10:30 AM
Place:       Clement F. Haynsworth, Federal Building and U.S. Courthouse,
             Greenville, SC

Responses, returns, or objections filed by an attorney must be electronically filed in ecf.scb.uscourts.gov.  If you mail your response, return, or objection to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the above stated deadline.  You must mail your response, return, or objection to the Court, and send a copy to the trustee.

United States Bankruptcy Court
1100 Laurel Street
Columbia, SC 29201

Gretchen D. Holland
3449 Pelham Road
Ste C
Greenville, SC  29615

**If no response, return, and/or objection is timely filed and served, no hearing will be held on this Rule to Show Cause, except at the direction of the judge, and this case may be dismissed without further notice.  If a hearing is held on this Rule to Show Cause and you do not attend, this case may be dismissed without further notice.**

This case may be dismissed prior to the hearing on this Rule to Show Case pursuant to 11 U.S.C. § 521(i).

**AND IT IS SO ORDERED**