**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | C/A No. 25-01310-HB |
| Joseph Wallace, | Chapter 13 |
| Debtor(s). | **ORDER DISMISSING CASE** |

**THIS MATTER** is before the Court on the Rule to Show Cause entered on April 29, 2025, providing Debtor Joseph Wallace notice that his case may be dismissed due to the deficiencies listed therein.[1]  As Debtor has failed to cure those deficiencies and failed to timely file a response or objection to the Rule to Show Cause,

**IT IS, THEREFORE, ORDERED** the above-captioned case of Debtor Joseph Wallace is dismissed.

**FILED BY THE COURT**
**06/10/2025**



Entered: 06/10/2025

_____
Chief US Bankruptcy Judge
District of South Carolina

---

[1] ECF No. 22.

1